UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOSVANY BOLOY HERNANDEZ, an individual, NELSON OLMO SANTIESTEBAN, an individual, JERRY RICARDO PEREZ CONTRERAS, an individual,<br><br>    Plaintiffs<br><br>v.<br><br>JAMES RIVER INSURANCE COMPANY, a foreign corporation, DOES I-X, ROES XI-XX,<br><br>    Defendants | Case No.: 2:21-cv-01783-APG-VCF<br><br>**Order Remanding Case for Lack of Subject Matter Jurisdiction** |

Defendant James River Insurance Company removed this action on the basis of diversity jurisdiction. ECF No. 1. I ordered James River to show cause why the case should not be remanded because it did not appear that the amount in controversy requirement in 28 U.S.C. § 1332 was satisfied. ECF No. 7.

James River responded by providing proof that each plaintiff received $10,000 from the tortfeasors' insurance. ECF No. 7-1. The plaintiffs sent James River settlement demand letters in October 2019, which identified $33,593.52 in medical expenses for plaintiff Yosvany Boloy Hernandez (referred to as Boloy in the letter), $18,970.00 in medical expenses for Nelson Olmo Santiesteban (referred to as Olmo in the letter), and $24,628.62 in medical expenses for plaintiff Jerry Perez Contreras. ECF No. 7-3 at 3, 5, 7. The plaintiffs' counsel sent another demand letter in December 2019 in which the plaintiffs collectively sought the $1 million limit under the James River policy with no support for the requested amount. ECF Nos. 1-1 at 4; 7-2. It is evident that this was not a reasonable estimate of the plaintiffs' claims because the plaintiffs' counsel sent

another demand letter on September 1, 2020, in which the plaintiffs offered to settle their claims as follows: $100,652.76 for Boloy, $56,815.86 for Olmo, and $73,774.86 for Perez Contreras. ECF No. 7-4.  That letter contained no backup information to support the requested amounts. The defendants have presented no evidence that between the October 2019 settlement demand and the September 2020 demand, any plaintiff incurred additional medical expenses.

      Accordingly, the information before me shows that the plaintiffs have incurred medical expenses in the amounts of $33,550.92, $18,938.62, and $24,591.61, respectively, and received $10,000.00 each from the tortfeasor's insurer.  Based on my judicial, legal, and practical experience and common sense, I find that James River has not met its burden of establishing by a preponderance of the evidence that the amount in controversy exceeds $75,000.  Consequently, I must remand this action to state court.

      I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

      DATED this 22nd day of October, 2021.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE